SEALED

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added

☑ Indictment ☐ Charges/Counts Added

☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: E. Dentler ☐ U.S. Atty ☐ Other U.S. Agency Phone No. (202) 341-0412

Name of Asst. U.S. Attorney (if assigned): Antonio Pozos, Dept. of Justice

CASE NO. 17-181

USA vs.

Defendant: Chad Scott

SECT. H MAG. 3

Address:

☐ Interpreter Required Dialect:

Birth Date: 1968

☑ Male ☐ Female

☐ Alien (if applicable)

Social Security Number: xxx-xx-7061

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

Department of Justice and Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. Atty ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.) — SHOW DOCKET NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under — MAG. JUDGE CASE NO.

Place of offense: Parish County

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ______ or Date Transferred to Federal Custody ______

☐ Currently in Federal Custody

☐ Currently in State Custody

☐ Writ Required

☐ Currently on bond

☐ Fugitive

Defense Counsel (if any): ______

☐ FPD ☐ CJA ☐ RET'D

☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 11

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 1519 and 2 | Falsification of Government Records | 1 |
| 4 | 18 USC § 1512(c)(2) and 2 | Obstruction of Justice | 2, 4, & 6 |
| 4 | 18 USC § 1623 | Perjury | 3 and 5 |
| 4 | 18 USC § 371 | Conspiracy to Convert Property | 7 |
| 4 | See Indictment for Additional Charges | See Indictment for Additional Charge Descriptions | 8 - 11 |

SEALED

PER 18 U.S.C. 3170

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT**

BY: ☐ INFORMATION ☑ INDICTMENT

Matter Sealed: ☐ Juvenile ☐ Other than Juvenile

☐ Pre-Indictment Plea ☐ Superseding ☐ Defendant Added
☑ Indictment ☐ Charges/Counts Added
☐ Information

Name of District Court, and/or Judge/Magistrate Location (City)

UNITED STATES DISTRICT COURT DISTRICT OF LOUISIANA — EASTERN Divisional Office

Name and Office of Person Furnishing Information on THIS FORM: E. Dentler ☐ U.S. Atty ☐ Other U.S. Agency

Phone No. (202) 341-0412

Name of Asst. U.S. Attorney (if assigned): Antonio Pozos, Dept. of Justice

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
Department of Justice and Federal Bureau of Investigations

☐ person is awaiting trial in another Federal or State Court (give name of court)

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of: ☐ U.S. Atty ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant. (Notice of Related Case must still be filed with the Clerk.)

☐ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

MAG. JUDGE CASE NO.

Place of offense: Orleans Parish County

CASE NO. 17-181

USA vs.

Defendant: Rodney Gemar

Address: SECT. H MAG. 3

☐ Interpreter Required Dialect:

Birth Date 1968 ☑ Male ☐ Female ☐ Alien (if applicable)

Social Security Number xxx-xx-8053

**DEFENDANT**

Issue: ☑ Warrant ☐ Summons

Location Status:

Arrest Date ____ or Date Transferred to Federal Custody ____

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Writ Required
☐ Currently on bond
☐ Fugitive

Defense Counsel (if any):

☐ FPD ☐ CJA ☐ RET'D
☐ Appointed on Target Letter

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED - U.S.C. CITATION - STATUTORY MAXIMUM PENALTIES - ADDITIONAL INFORMATION OR COMMENTS**

Total # of Counts 6

| Set | Title & Section/Offense Level (Petty = 1 / Misdemeanor = 3 / Felony = 4) | Description of Offense Charged | Count(s) |
|---|---|---|---|
| 4 | 18 USC § 371 | Conspiracy to Convert Property of Another by an Officer | 7 and 11 |
| 4 | 18 USC § 654 and 2 | Conversion of Property of Another | 8 and 12 |
| 4 | 18 USC § 2232(a) and 2 | Removal of Property to Prevent Seizure | 9 and 13 |
| | | | |
| | | | |