SEALED

TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER

OR

X   NO MAGISTRATE PAPERS WERE FOUND

FOR

NAME:  CHAD ALLEN SCOTT, RODNEY P. GEMAR

Initials:  TBL

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you