MINUTE ENTRY
OCTOBER 2, 2017
VAN MEERVELD, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD ALLEN SCOTT | SECTION: H |

INITIAL APPEARANCE

APPEARANCES:   X  DEFENDANT WITH/WITHOUT COUNSEL   Matthew Coman (retained)
                   909 Poydras St., 28th Floor   N.O., LA 70112
               X  ASSISTANT U.S. ATTORNEY   ANTONIO M. POZOS
               ___ INTERPRETER _____
               Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
     READ   WAIVED   (SUMMARIZED)

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 06

__/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X/ DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/ (ARRAIGNMENT) IS SET FOR _held_____

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _October 3, 2017 at 2:00pm_____

X/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL WITH COUNSEL _____

gvm