UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CRIMINAL NO. 17-181 |
| v. ) | |
| ) | Judge Milazzo |
| CHAD ALLEN SCOTT, ) | |
| RODNEY P. GEMAR ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Considering the foregoing,

**IT IS HEREBY ORDERED** that CHARLES A. MIRACLE, be enrolled as additional counsel of record for the United States of America in the above-captioned case.

New Orleans, Louisiana, this 3rd day of October, 2017

_____
UNITED STATES DISTRICT JUDGE