**MINUTE ENTRY**
**KNOWLES, M.J.**
**MARCH 21, 2018**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 17-181** |
| **CHAD ALLEN SCOTT, ET AL.** | **SECTION "H" (3)** |

On this date, Special Agent Chad Scott's Motion to Compel Discovery [Doc. #54] came on for oral hearing before the undersigned. Present were Matthew Coman on behalf of defendant, defendant himself, and Adam Duree and Charles Miracle on behalf of the government. For the reasons stated on the record,

**IT IS ORDERED** that Special Agent Chad Scott's Motion to Compel Discovery [Doc. #54] is TAKEN UNDER ADVISEMENT.

_Daniel E. Knowles, III_
**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:30