MINUTE ENTRY
MILAZZO, J.
JANUARY 7, 2019

JS-10: 00:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-181 |
| CHAD SCOTT | SECTION "H" |

## FRYE HEARING

CASE MANAGER: ERIN MOULEDOUS
COURT REPORTER: CATHY PEPPER
LAW CLERK: EMMY SCHROETER

APPEARANCES:   CHARLES MIRACLE, AUSA
                           MATTHEW COMAN, FOR DEFENDANT CHAD SCOTT

Court begins at 1:00 p.m.
Counsel appear for the record.
Defendant is present.
The Court conducted a hearing pursuant to *Missouri v. Frye* as to Defendant, Chad Scott.
The Government advises the Court that no plea offers have been extended to Defendant.
This matter will proceed to a jury trial on January 22, 2019.

Court adjourned at 1:03 p.m.

