**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

UNITED STATES OF AMERICA                    CRIMINAL NO. 17-181

VERSUS                                      SECTION "H"

CHAD ALLEN SCOTT

## NOTICE OF TRIAL

Take Notice that this criminal case has been set for JURY TRIAL beginning on **JANUARY 22, 2019 at 8:30 a.m.,** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: January 8, 2019                       WILLIAM W. BLEVINS, CLERK

**TO:**                                     by:   **Erin Mouledous**
**Chad Allen Scott** (on Bond)                    **Case Manager**

**Counsel:** MATTHEW M. COMAN               AUSA:
Sher, Garner, Cahill, Richter, Klein & Hilbert,   CHARLES A. MIRACLE
LLC                                         TIMOTHY ADAM DUREE
909 Poydras St., 28th Floor
New Orleans, LA 70112-1033

STEPHEN MICHAEL GARCIA                       U.S. Marshal
Garcia Artigliere & Medby
One World Trade Center                        U.S. Probation Office - U.S. Pretrial Services
Ste. 1950
Long Beach, CA 90831

                                            FOREIGN LANGUAGE INTERPRETER:

                                               NONE

If you change address,
notify Clerk of Court                        SA R. D. Hardgrave, FBI
by phone, 504-589-7600                       R.Hardgrave@ic.fbi.gov