UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** | * | |
| | * | |

\* \* \*

**PROTECTIVE ORDER GOVERNING DISCOVERY
OF DESIGNATED DRUG ENFORCEMENT ADMINISTRATION MATERIALS**

To expedite the flow of discovery from the Drug Enforcement Administration ("DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials" bates stamped XX to XX) disclosed by the Government in this case and to adequately protect relevant privacy and investigative interests in such records, it is, pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1), and with the consent of the parties, hereby **ORDERED**:

1. Limitations on Use – All DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials provided by the United States in preparation for, or in connection with, any stage of this case are subject to this protective order ("Order"). Subject to the limitations contained in this Order, these DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials may be used by the defendant and the legal defense team solely in connection with the defense of this case, and any appeal, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. **Legal Defense Team** – The legal defense team includes defense counsel (defined as counsel of record in this case, including any subsequent post-trial or appellate counsel), and investigators, paralegals, support staff members, and experts who have direct involvement in this

case. The legal defense team shall not include the defendant, the defendant's family members, or friends or associates of the defendant.

3. **Limitation on Disclosure Beyond the Legal Defense Team** – Except as provided by this Order, the legal defense team shall not disclose the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials or their contents directly or indirectly to any person, entity, or public forum, other than members of the legal defense team. Subject to the limitations described below, defense counsel may authorize the viewing of DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials by: (1) the defendant; and (2) other persons to whom this Court may authorize disclosure (collectively, "Court-authorized persons").

4. **Limitations on Copying DESIGNATED DRUG ENFORCEMENT ADMINISTRATION Materials** – The legal defense team may not make copies of the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials without prior consent of the Government counsel in this case or Court approval. The legal defense team shall not provide a copy, screenshot, or electronic reproduction of the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials to the defendant, or any Court-authorized person. Defense counsel shall maintain DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials, including physical or electronic copies of DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials, in a secured environment that limits access to members of the legal defense team. Any authorized copies and reproductions shall be treated in the same manner as the original DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials.

5. **Preventing Duplication of DESIGNATED DRUG ENFORCEMENT ADMINISTRATION Materials During Viewings –** If defense counsel authorizes the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials to be viewed by the defendant or any Court-authorized person, defense counsel shall ensure that the defendant or such Court-authorized person does not photograph, take screen shots, take notes, or otherwise duplicate the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials.

6. **Notification Regarding this Order –** Defense counsel must provide members of the legal defense team, the defendant, and any other Court-authorized person with a copy of this Order before providing them with access to, or permitting them to view, the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials.

7. **Disposition Following the Conclusion of this Criminal Case –** Following a dismissal, acquittal, or entry of a plea in this case, defense counsel shall return to the United States all DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials. Otherwise, the documents must be returned to the United States after an appeal from this case is decided or otherwise resolved ("appeal" includes only a direct appeal from the trial issues, not a habeas petition or interlocutory appeal). Following a conviction by trial in this case, the legal defense team may retain a copy of the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials in this case only if: (A) defense counsel maintains the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials in the defendant's case file related to this case; and (B) defense counsel stores the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials in a secure electronic or physical environment that limits access to such materials to the legal defense team for its use in this case. Nothing in this Order prevents the government from seeking a court order to further restrict the retention of DESIGNATED DRUG

ENFORCEMENT ADMINISTRATION materials.

8.  **Court Filings** – Any papers filed with the Court referencing DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials shall file under seal references to the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials.

9.  **Automatic Exclusions from this Order** – The restrictions set forth in this Order do not apply to DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials that are, or later become, part of the public record, including materials that have been received in evidence in this or other public trials. Further, the restrictions in this Order are not intended to limit the use of DESIGNATED DRUG ENFORCEMENT ADMINISTRATION materials in any judicial proceeding in this case, except as described in Paragraph 10 of this Order.

10. **Limited Scope of this Order** – This Order does not constitute a ruling on the question of whether any particular DESIGNATED DRUG ENFORCEMENT ADMINISTRATION material is properly discoverable or admissible and does not constitute a ruling on any potential objection to the admissibility or discoverability of the DESIGNATED DRUG ENFORCEMENT ADMINISTRATION material.

11. **Modification** – Nothing in this Order shall be construed as a waiver or prevent any party from seeking modification of this Order, or from objecting to discovery that it believes to be otherwise improper.

**SO ORDERED** this 18th day of January, 2019.

_____
The Honorable Jane Triche Milazzo
United States District Judge
Eastern District of Louisiana

5