17-181 "H" USA v. Chad Scott
March 6, 2019 Evidentiary Hearing
Judge Milazzo presiding
Exhibit List

| Exhibit No. | Date Admitted Into Evidence | Description |
|---|---|---|
| Def-1 | 3/6/19 | Title 21, Section 878 deputization request of James Sewell |
| Def-2 | 3/6/19 | 11/29/2017 Memo from Stephen Azzam to Sean Vereault re: Agent Sewell's retirement credentials and badge |
| Def-3 | 3/6/19 | 9/28/2018 Memo from Stephen Azzam to Aaron Jenkins re: Request for Title 21, Sec. 878 Deputization |
| Def-4 | 3/6/19 | 11/30/2018 Memo from Aaron Jenkins to Stephen Azzam re: Title 21, Sec. 878 Deputization |
| Def-5 | 3/6/19 | 9/28/2018 Memo from Stephen Azzam to Sean Vereault re: Personnel Security Approval of James Sewell |
| Def-6 | 3/6/19 | 1/31/2019 Email correspondence between Gary Owen & Kevin McRory |
| Gov-1 | 3/6/19 | *SEALED* |