UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD SCOTT | SECTION "H" |

* * * * * * * * *

## VERDICT FORM

1. As to Count 1 of the Superseding Indictment (Falsification of Government Records—DEA Seizure/FIRE Form), we, the jury, unanimously find the defendant:

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

2. As to Count 2 of the Superseding Indictment (Falsification of Government Records—DEA Form-6), we, the jury, unanimously find the defendant:

    \_\_\_\_\_ Not Guilty

    __X__ Guilty

3. As to Count 3 of the Superseding Indictment (Obstruction of Justice—tampering with testimony), we, the jury, unanimously find the defendant:

　　　_____ Not Guilty

　　　__X__ Guilty

4. As to Count 4 of the Superseding Indictment (Perjury—testimony during suppression hearing), we, the jury, unanimously find the defendant:

　　　_____ Not Guilty

　　　__X__ Guilty

5. As to Count 5 of the Superseding Indictment (Obstruction of Justice—testimony during suppression hearing), we, the jury, unanimously find the defendant:

　　　_____ Not Guilty

　　　__X__ Guilty

6. As to Count 6 of the Superseding Indictment (Perjury—testimony during trial), we, the jury, unanimously find the defendant:

　　　_____ Not Guilty

　　　__X__ Guilty

7. As to Count 7 of the Superseding Indictment (Obstruction of Justice—testimony during trial), we, the jury, unanimously find the defendant:

_____ Not Guilty

__X__ Guilty

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 27 day of August, 2019.

███████████████
**JURY REPRESENTATIVE**