17-181 "H" USA v. Chad Scott
August 19-27, 2019 Jury Trial
Judge Milazzo presiding
Defense Exhibit List

PROFFERED EXHIBITS

| Exhibit No. | Date proffered | Description |
| --- | --- | --- |
| D-251-1 | 8/23/19 | Martinez – US Marshals Service 1-5-16 to 11-7-18 |
| D-297 | 8/20/19 | Organized Crime Drug Enforcement Task Forces Report – Brown Recluse Investigation Initiation Form |
| D-305 | 8/26/19 | Organized Crime Drug Enforcement Task Forces – Brown Recluse Interim Report |
| D-308 | 8/23/19 | 8-11-2016 Email between Elizabeth Privatera & Myles Ranier |
| D-315 | 8/26/19 | Memorandum – OCDETF Case Approvals |