UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| VERSUS | SECTION "H" |
| CHAD ALLEN SCOTT | |

**NOTICE OF HEARING**

Take Notice that this criminal case has been set for a Custody/Bond Hearing on **SEPTEMBER 4, 2019 at 11:00 A.M.** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.

DATE: August 28, 2019

WILLIAM W. BLEVINS, CLERK

**TO:**
**Chad Allen Scott** (on Bond)

by:   **Erin Mouledous**
       **Case Manager**

**Counsel:** MATTHEW M. COMAN
Garcia & Artigliere
400 Poydras Street
Suite 2045
New Orleans, LA 70130

AUSA:
CHARLES A. MIRACLE
TIMOTHY ADAM DUREE
DIIDRI WELLS ROBINSON

STEPHEN MICHAEL GARCIA
Garcia Artigliere & Medby
One World Trade Center
Ste. 1950
Long Beach, CA 90831

U.S. Marshal

U.S. Probation Office - U.S. Pretrial Services

**JUDGE JANE TRICHE MILAZZO**

FOREIGN LANGUAGE INTERPRETER:
  NONE

If you change address,
notify Clerk of Court
by phone, 504-589-7600

SA R. D. Hardgrave, FBI
R.Hardgrave@ic.fbi.gov