UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD ALLEN SCOTT | SECTION "H" |

### ORDER

The defendant's Motion for Acquittal Or, Alternatively, For A New Trial (R. Doc. 405) has been set for hearing on October 24, 2019.  At this time, no oral hearing will take place.

**IT IS ORDERED** that the Motion for Acquittal Or, Alternatively, For A New Trial will be submitted on the briefs**.**  Any opposition shall be filed no later than October 16, 2019 and replies thereto no later than October 24, 2019.

New Orleans, Louisiana, on this 10th day of October, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE

1