UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| v. | SECTION "H" |
| CHAD SCOTT, ET AL. | |

### ORDER

Considering defendant Chad Scott's motion to continue trial and sentencing in the above-captioned matter (Doc. 402);

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that the trial on Counts 8 through 14 against defendants Chad Scott and Rodney P. Gemar be continued to **July 13, 2020.**

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). It is specifically found that the failure to grant such a continuance, in this case when taken as a whole, would deny counsel reasonable time necessary for the effective preparation, taking into account the exercise of due diligence, especially in light of the recent appointment of counsel for defendant Chad Scott.

**IT IS FURTHER ORDERED** that the Sentencing Hearing of Chad Scott as to Counts 1 through 7 currently set for December 11, 2019 is continued to **August 5, 2020 at 9:30 a.m.**

New Orleans, Louisiana, October 15, 2019

_____
HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE