UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| VERSUS | SECTION "H" |
| CHAD ALLEN SCOTT | |

**RE-NOTICE OF SENTENCING** (from 12/11/2019)

Take Notice that the Sentencing of Chad Scott as to Counts 1-7 has been RESET for **AUGUST 5, 2020 at 9:30 A.M.** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse Building, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: October 15, 2019 | WILLIAM W. BLEVINS, CLERK |
| **TO:** | by:   **Erin Mouledous** |
| **Chad Allen Scott** (on Bond) | Case Manager |
| **Counsel for defendant:** | AUSA: |
| **KERRY JAMES MILLER** | CHARLES A. MIRACLE |
| **ALYSSON L. MILLS** | TIMOTHY ADAM DUREE |
| **KRISTEN DIANE AMOND** | |
| Fishman Haygood, LLP | U.S. Marshal |
| 201 St. Charles Ave. | |
| Suite 4600, 46th Floor | U.S. Probation Office - U.S. Pretrial Services |
| New Orleans, LA 70170 | |
| | **JUDGE JANE TRICHE MILAZZO** |
| | FOREIGN LANGUAGE INTERPRETER: |
| |    NONE |
| If you change address, notify Clerk of Court by phone, 504-589-7600 | SA R. D. Hardgrave, FBI R.Hardgrave@ic.fbi.gov |