**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**UNITED STATES OF AMERICA**         *         **CRIMINAL ACTION NO. 17-181**

**VERSUS**                           *         **SECTION: "H"**

**CHAD ALLEN SCOTT,**                *

                                 *    *    *

## ORDER

Upon consideration of the Government's Motion to Extend Time for Response to Defendant's Motion for Judgment of Acquittal or, Alternatively, for a New Trial::

**IT IS HEREBY ORDERED** that the Government's Motion to Extend Time is **GRANTED**. It is **ORDERED** that Government shall file any response no later than November 8, 2019, and that replies thereto shall be filed no later than November 18, 2019.

New Orleans, Louisiana, this ___11th___ day of October, 2019.

_____
**HONORABLE JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**