# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **CHAD ALLEN SCOTT** | **SECTION: "H"** |

## ORDER

Before the Court is Defendant Chad Scott's Request for Oral Argument on his Motion for Acquittal (Doc. 414);

**IT IS ORDERED** that the request is **DENIED**, and Defendant's Motion will be decided on the briefs.

New Orleans, Louisiana, on this 22nd day of October, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**