## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** | * | |
| **RODNEY P. GEMAR** | | |
| | * | |

\* \* \*

## JOINT MOTION FOR REVISED SCHEDULING ORDER

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and counsel for the Defendants, and respectfully moves the Court in light of the recent continuance of the trial date in this case to November 2, 2020, to issue a revised scheduling order reflecting the dates that the Government and counsel for the Defendants propose in the Memorandum in Support, filed jointly with this Motion. The parties believe that the proposed scheduling deadlines are reasonable, will ensure efficiency in the proceedings, and should be adopted in this case.

The parties thus request that this Court issue an Order directing the parties to comply with the scheduling deadlines listed in the Memorandum in Support.

        Respectfully submitted,

        Brian A. Benczkowski
        Assistant Attorney General for the Criminal Division
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C § 515

        *Charles A. Miracle*
        Charles A. Miracle (OH #67814)
        Assistant Deputy Chief
        Timothy A. Duree (TX #24065179)
        Trial Attorney
        U.S. Department of Justice
        Criminal Division
        1400 New York Avenue, NW
        Washington, DC 20005
        (202) 616-2660
        timothy.duree2@usdoj.gov
        charles.miracle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

            _Charles A. Miracle_____
            Charles A. Miracle
            Assistant Deputy Chief
            U.S. Department of Justice