**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** | * | |
| **RODNEY P. GEMAR** | | |
| | * | |

\* \* \*

## **MEMORANDUM IN SUPPORT OF JOINT MOTION FOR SCHEDULING ORDER**

The United States of America and counsel for the Defendants, appearing through the undersigned Attorneys, respectfully submit this Memorandum in Support of the Joint Motion for Scheduling Order and further asks that the parties Motion be granted.

### **Background**

Trial in the above-captioned case was recently continued from July 13, 2020, to November 2, 2020. In order to ensure the proper progress of this case, the parties hereby propose in agreement the deadlines listed below for the Court's consideration.

### **Proposed scheduling deadlines**

The parties now submit the following table of proposed deadlines for the Court's review.

| Event | Agreed upon date |
|---|---|
| Pretrial Motions pursuant to FED. R. CRIM. P. 12 | Due by Friday, August 21, 2020 |
| Notice of intent to use expert witness | Due by Friday, August 21, 2020 |
| Responses to Pretrial Motions and expert witness notices | Due by Thursday, September 10, 2020 |
| Telephonic Status Conference | Friday, September 11, 2020, 9:00am |
| Hearing on expert witnesses and Pretrial Motions | Thursday, September 17, 2020 |
| Motions in limine | Due by Friday, October 2, 2020 |
| Government 404(b) Notice | Due by Friday, October 2, 2020 |
| Disclosures of witness statements, as required by the Jencks Act, 18 U.S.C. § 3500 | Due by Thursday, October 15, 2020 |
| Responses to motions in limine | Due by Friday, October 16, 2020 |
| Disclosure of summary charts to be introduced pursuant to FED. R. EVID. 1006 | Due by Thursday, October 22, 2020 |
| Final pretrial conference, including hearing on motions in limine | Thursday, October 22, 2020 |
| Trial | Monday, November 2, 2020 |

As stated in the Court's prior scheduling order, the deadlines apply to both Defendants Scott and Gemar, and Defendants may file "follow-up motions regarding alleged discovery violations by the Government" for good cause shown. Rec. Doc. 453.

**Conclusion**

This joint proposal includes reasonable deadlines intended to prevent delay in resolving this case. Thus, the parties request that the Court issue an order adopting the parties desired scheduling dates.

**Parties' position regarding oral argument**

The parties suggest that in person oral argument on this motion is not necessary, but if the Court desires argument, the Government asks that it be scheduled for Thursday, May 7, 2020. If the Court would like to have a teleconference in lieu of an oral argument, counsel for the Government will also be available at the Court's convenience.

Respectfully submitted,

Brian A. Benczkowski
Assistant Attorney General for the Criminal Division
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C § 515

 *Charles A. Miracle*
Charles A. Miracle (OH #67814)
Assistant Deputy Chief
Timothy A. Duree (TX #24065179)
Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2660
timothy.duree2@usdoj.gov
charles.miracle@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 30, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      *Charles A. Miracle*
                                      Charles A. Miracle
                                      Assistant Deputy Chief
                                      U.S. Department of Justice