**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DEK** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** **RODNEY P. GEMAR** | * | |
| | * | |

\* \* \*

## SCHEDULING ORDER

Having considered the parties Joint Motion for Scheduling Order, and finding good cause, the Motion is hereby GRANTED. It is ORDERED that the following scheduling deadlines will apply in this case.

| Event | Agreed upon date |
|---|---|
| Pretrial Motions pursuant to FED. R. CRIM. P. 12 | Due by Friday, August 21, 2020 |
| Notice of intent to use expert witness | Due by Friday, August 21, 2020 |
| Responses to Pretrial Motions and expert witness notices | Due by Thursday, September 10, 2020 |
| Telephonic Status Conference | Friday, September 11, 2020, 9:00am |
| Hearing on expert witnesses and Pretrial Motions | Thursday, September 17, 2020 , 9:30am |
| Motions in limine | Due by Friday, October 2, 2020 |
| Government 404(b) Notice | Due by Friday, October 2, 2020 |
| Disclosures of witness statements, as required by the Jencks Act, 18 U.S.C. § 3500 | Due by Thursday, October 15, 2020 |
| Responses to motions in limine | Due by Friday, October 16, 2020 |
| Disclosure of summary charts to be introduced pursuant to FED. R. EVID. 1006 | Due by Thursday, October 22, 2020 |
| Final pretrial conference, including hearing on motions in limine | Thursday, October 22, 2020 at 10:00am |
| Trial | Monday, November 2, 2020 |

These deadlines are reasonable and will ensure that this case proceeds efficiently.

New Orleans, Louisiana, this 4th day of May, 2020

_____
The Honorable Jane Triche Milazzo
United States District Judge
Eastern District of Louisiana