UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 2:17-cr-181** |
| **CHAD ALLEN SCOTT** | **SECTION "H"** |

## UNOPPOSED MOTION TO CONTINUE SENTENCING

**NOW INTO COURT**, comes defendant, Chad A. Scott, who respectfully requests that his sentencing, currently scheduled for August 5, 2020, at 9:30 A.M., be continued to a date after the remaining counts against him are resolved. Trial in this matter is currently scheduled for November 2, 2020.

Counsel for the USA (Timothy A. Duree) was contacted and has no objection to the continuance.

**WHEREFORE**, Chad A. Scott respectfully prays for an order granting the Unopposed Motion to Continue Sentencing to a date after completion of the November 2, 2020 trial in this matter.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*
**KERRY J. MILLER (#24562), T.A.**
**ALYSSON L. MILLS (#30492)**
**KRISTEN D. AMOND (#37011)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:	(504) 556-5549
Facsimile:	(504) 310-0275
Email:	kmiller@fishmanhaygood.com
	amills@fishmanhaygood.com
	kamond@fishmanhaygood.com
***CJA Counsel for Defendant, Chad Allen Scott***

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 2nd day of June, 2020.

*/s/ Kerry J. Miller*
**KERRY J. MILLER**