UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO. 2:17-cr-181 |
| CHAD ALLEN SCOTT | SECTION "H" |

**ORDER**

Considering the foregoing motion:

**IT IS HEREBY ORDERED** that Defendant Chad A. Scott's Unopposed Motion to Continue Sentencing is GRANTED. The Sentencing is CONTINUED and RESET for December 2, 2020 at 9:30a.m.

New Orleans, Louisiana on this __3rd__ day of June, 2020.

_____
**HONORABLE JANE TRICHE MILAZZO**