UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** <br> **RODNEY P. GEMAR** | * | |
| | * | |

\*   \*   \*

## GOVERNMENT'S MOTION *IN LIMINE*

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and respectfully moves this Honorable Court for an order *in limine*. The grounds supporting this Motion are set forth in more detail in the attached memorandum in support.

Respectfully submitted,

Brian C. Rabbitt
Acting Assistant Attorney General
for the Criminal Division

*/s/ Charles A. Miracle*
Charles A. Miracle (OH #67814)
Assistant Deputy Chief
Timothy A. Duree (TX #24065179)
Trial Attorney
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2660
timothy.duree2@usdoj.gov
charles.miracle@usdoj.gov

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DEK** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** | * | |
| **RODNEY P. GEMAR** | | |
| | * | |

\* \* \*

**UNITED STATES' MEMORANDUM IN SUPPORT OF ITS MOTION *IN LIMINE***

    **NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and respectfully moves this Honorable Court to consider the Government's previously filed Motions in Limine, several of which the Court deferred ruling upon until the time of trial of Counts 8 through 14. These motions were filed before the Court severed the charges against the Defendants, scheduling two trials. Rec. Doc. 149. The Government is prepared to offer any additional briefing as directed by the Court, but otherwise stands on its previous filings. For the purpose of highlighting these matters, the Government provides the following summary of pending Motions in Limine.

1. Government Notice of Intent to Introduce Extrinsic Evidence Pursuant to Federal Rule of Evidence 404(b). Rec. Doc. 138. Defense filed a response. Rec. Doc. 157. On January 2, 2019, the Court deferred consideration of the admissibility of extrinsic evidence in the trial of Counts 8 through 14. Rec. Doc. 175. Accordingly, the Government reasserts this motion regarding the trial of Counts 8 through 14.

2. Government's Motion in Limine to Use Statements Made by Defendant (Gemar) During Proffer Sessions. Rec. Doc. 125. Defendant Gemar filed a response. Rec. Doc. 132. On

1

December 20, 2018, the Court denied the Government motion without prejudice as it relates solely to Counts 8 through 14.  The Court allowed the Government to reassert the motion at a time consistent with the trial date of those Counts.  Rec. Doc. 172.  In accord with the Court's order, the Government hereby reasserts its motion.

3. Government Motion in Limine Omnibus.  Rec. Doc. 139.  Defense filed a response.  Rec. Doc. 158.  On December 20, 2018, the Court issued an Order regarding the various Motions in Limine, granting in part and deferring in part.  The Court, however, limited its rulings to those pertinent to the trial of Counts 1 through 7.  Rec. Doc. 173.  Accordingly, the Government reasserts those motions regarding the trial of Counts 8 through 14.

4. Government Motion in Limine for Exclusion of Character Evidence under FRE 404(a).  Rec. Doc. 140.  Defense filed a response.  Rec. Doc. 159.  On December 20, 2018, the Court issued an Order deferring consideration of the motion.  Rec. Doc. 173.  Accordingly, the Government reasserts this motion regarding the trial of Counts 8 through 14.

5. Government Motion in Limine for Determination that Records Qualify as Business Records under FRE 803(6) and Notice of Intent to Officer Affidavits under FRE 902(11).  Rec. Doc. 141.  Defense filed a response.  Rec. Doc. 160.  On December 20, 2018, the Court issued an Order deferring consideration of the motion.  Rec. Doc. 173.  Accordingly, the Government reasserts this motion regarding the trial of Counts 8 through 14.

6. Government Motion in Limine to Preclude Evidence of Public Authority Defense.  Rec. Doc. 142.  Defense did not file a response.  On December 20, 2018, the Court issued an order granting the Government's motion.  The Government believes that ruling applies to

the trial of Counts 8 through 14, but includes the motion in this summary should that understanding be misplaced.

## CONCLUSION

For the reasons set forth above, the United States requests that the Court enter an order granting the pending Government Motions in Limine.

                    Respectfully submitted,

                    Brian C. Rabbitt
                    Acting Assistant Attorney General
                    for the Criminal Division

                    */s/ Charles A. Miracle*
                    Charles A. Miracle (OH #67814)
                    Assistant Deputy Chief
                    Timothy A. Duree (TX #24065179)
                    Trial Attorney
                    U.S. Department of Justice
                    Criminal Division
                    1400 New York Avenue, NW
                    Washington, DC 20005
                    (202) 616-2660
                    timothy.duree2@usdoj.gov
                    charles.miracle@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 2, 2020, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                    */s/ Charles A. Miracle*
                                    Charles A. Miracle (OH #67814)
                                    Trial Attorney
                                    U.S. Department of Justice
                                    charles.miracle@usdoj.gov