UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **CHAD ALLEN SCOTT** | **SECTION: "H"** |

### ORDER

In light of the continuation of trial;

**IT IS ORDERED** that the sentencing of Defendant Chad Scott is **CONTINUED** and **RESET** to April 21, 2021 at 9:30a.m.

New Orleans, Louisiana, on this 6th day of October, 2020.

JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE