MINUTE ENTRY
DOUGLAS, M.J.
OCTOBER 28, 2020

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD ALLEN SCOTT, ET AL. | SECTION "H" (3) |

On this date, the Motion to Compel Discovery [Doc. #482] filed by defendant Chad Scott came on for oral hearing before the undersigned. Arguing were Kerry Miller on behalf of Chad Scott and Tim Duree on behalf of the government. For the reasons stated on the record,

**IT IS ORDERED** that the Motion to Compel Discovery [Doc. #482] is DENIED.

Pursuant to the Due Process Protections Act, the Court confirms the United States' obligation to produce all exculpatory evidence to the defendant pursuant to *Brady v. Maryland*, 373 U.S. 83 (1963) and its progeny, and hereby orders it to do so. Pub. L. 116-182; Fed. R. Crim. P. 5(f)(1). Failing to do so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, and/or sanctions by the Court.

_____
**DANA M. DOUGLAS**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:35