MINUTE ENTRY
MILAZZO, J.
December 10, 2020

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **CHAD SCOTT ET AL.** | **SECTION "H"** |

### MINUTE ENTRY

On December 10, 2020, the Court held a telephone status conference. Timothy Duree and Charles Miracle participated on behalf of the USA; Kerry Miller and Alysson Mills participated on behalf of Chad Scott; and Bradley Egenberg participated on behalf of Rodney Gemar.

Accordingly;

**IT IS ORDERED** that a back-up trial date is **SET** for June 7, 2021 for two weeks.

**IT IS FURTHER ORDERED** that the follow-up telephone status is **SET** for January 28, 2021 at 11:30a.m. The parties shall call 888-273-3658 and use access code 1304800.

(JS-10:20)