MINUTE ENTRY
MILAZZO, J.
January 20, 2021

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 17-181** |
| **CHAD SCOTT ET AL.** | **SECTION "H"** |

## MINUTE ENTRY

On January 20, 2021, the Court held a telephone status conference. Timothy Duree and Charles Miracle participated on behalf of the USA; Kerry Miller, Kristen Amond, and Alysson Mills participated on behalf of Chad Scott; and Bradley Egenberg participated on behalf of Rodney Gemar.

Accordingly;

**IT IS ORDERED** that trial is **CONTINUED** to the previously set backup date of June 7, 2021.

**IT IS FURTHER ORDERED** that the parties shall submit a joint proposed scheduling order by January 29, 2021.

(JS-10:10)