# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-181-JTM-DMD |
| --- | --- | --- |
| VERSUS | * | SECTION: "H" |
| CHAD ALLEN SCOTT<br>RODNEY P. GEMAR | * | |
| | * | |

\* \* \*

## SCHEDULING ORDER

Having considered the parties Consent Motion for Scheduling Order, and finding good cause, the Motion is hereby GRANTED. It is ORDERED that the following scheduling deadlines will apply in this case.

| Event | Agreed upon date |
| --- | --- |
| Responses to expert witness notices | Due by Monday, February 8, 2021 |
| Hearing on expert witnesses (if needed) | To be determined |
| Proposed jury questionnaires | Due by Monday, March 15, 2021 |
| Motions in limine | Due by Monday, May 5, 2021 |
| Responses to motions in limine | Due by Monday, May 19, 2021 |
| Disclosures of witness statements, as required by the Jencks Act, 18 U.S.C. § 3500 | Due by Monday, May 24, 2021 |
| Disclosure of summary charts to be introduced pursuant to FED. R. EVID. 1006 | Due by Monday, May 24, 2021 |
| Final pretrial conference, including hearing on motions in limine | Thursday, May 27, 2021 |
| Trial | Monday, June 7, 2021 |

These deadlines are reasonable and will ensure that this case proceeds efficiently.

New Orleans, Louisiana, this 1st day of February, 2021.

_____
The Honorable Jane Triche Milazzo
United States District Judge
Eastern District of Louisiana