UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** <br> **RODNEY P. GEMAR** | * | |
| | * | |

\* \* \*

## MOTION FOR LEAVE OF COURT TO DISMISS COUNTS 11-14 OF THE SUPERSEDING INDICTMENT

**NOW INTO COURT** comes the United States of America, appearing through the undersigned Trial Attorneys, and respectfully moves the Court to issue an order providing leave of Court for the United States to dismiss Counts 11-14 of the Superseding Indictment (Rec. Doc. 71) pending against the Defendants.

Respectfully submitted,

Nicholas L. McQuaid
Acting Assistant Attorney General
for the Criminal Division
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C § 515

  *Charles A. Miracle*
Charles A. Miracle (OH #67814)
Timothy A. Duree (TX #24065179)
Assistant Deputy Chiefs
U.S. Department of Justice
Criminal Division
1400 New York Avenue, NW
Washington, DC 20005
(202) 616-2660
timothy.duree2@usdoj.gov
charles.miracle@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                  *Charles A. Miracle*
                                                  Charles A. Miracle
                                                  Assistant Deputy Chief
                                                  U.S. Department of Justice