UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** | * | |
| **RODNEY P. GEMAR** | | |
| | * | |

\* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO DISMISS COUNTS 11-14 OF THE SUPERSEDING INDICTMENT

The United States of America, appearing through the undersigned Trial Attorneys, respectfully submit this Memorandum in Support of the Motion for Leave of Court to Dismiss Counts 11-14 of the Superseding Indictment and further asks that the Motion be granted.

Trial in the above-captioned case is set to begin on June 7, 2021. Pursuant to Federal Rule of Criminal Procedure 48(a), the United States seeks leave of Court to dismiss Counts 11-14 of the Superseding Indictment (Rec. Doc. 71). If this motion is granted, the United States will dismiss Counts 11-14 of the Superseding Indictment and trial would proceed on Counts 8-10 of the Superseding Indictment on June 7, 2021.

Thus, the United States request that the Court issue an order providing leave of Court to dismiss Counts 11-14.

                Respectfully submitted,

                Nicholas L. McQuaid
                Acting Assistant Attorney General
                for the Criminal Division
                Attorney for the United States
                Acting Under Authority Conferred by 28 U.S.C § 515

                *Charles A. Miracle*
                Charles A. Miracle (OH #67814)
                Timothy A. Duree (TX #24065179)
                Assistant Deputy Chiefs
                U.S. Department of Justice
                Criminal Division
                1400 New York Avenue, NW
                Washington, DC 20005
                (202) 316-6792
                timothy.duree2@usdoj.gov
                charles.miracle@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that on April 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                      *Charles A. Miracle*
                                      Charles A. Miracle
                                      Assistant Deputy Chief
                                      U.S. Department of Justice