UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** | * | |
| **RODNEY P. GEMAR** | | |
| | * | |

\* \* \*

## ORDER

Having considered the United States' Motion for Leave of Court to Dismiss Counts 11-14 of the Superseding Indictment, and finding such leave to be appropriate, the Motion is hereby GRANTED. It is ORDERED that leave of Court is provided for the United States to dismiss Counts 11-14 of the Superseding Indictment. Trial of Counts 8-10 of the Superseding Indictment will proceed on June 7, 2021.

New Orleans, Louisiana, this ___ day of _____, 2021

_____
The Honorable Jane Triche Milazzo
United States District Judge
Eastern District of Louisiana