UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 17-181-JTM-DMD** |
| **VERSUS** | * | **SECTION: "H"** |
| **CHAD ALLEN SCOTT** <br> **RODNEY P. GEMAR** | * | |
| | * | |

\* \* \*

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that the Government will bring for hearing this Motion for Leave of Court to Dismiss Counts 11-14 of the Superseding Indictment before the Honorable Jane Triche Milazzo in the United States District Court for the Eastern District of Louisiana on Thursday, April 22, 2021, at 9:30AM.

                                    Respectfully submitted,

                                    Nicholas L. McQuaid
                                    Acting Assistant Attorney General
                                    for the Criminal Division
                                    Attorney for the United States
                                    Acting Under Authority Conferred by 28 U.S.C § 515

                                    */s/ Charles A. Miracle*
                                    Charles A. Miracle (OH #67814)
                                    Timothy A. Duree (TX #24065179)
                                    Assistant Deputy Chiefs
                                    U.S. Department of Justice
                                    Criminal Division
                                    1400 New York Avenue, NW
                                    Washington, DC 20005
                                    (202) 316-6792
                                    timothy.duree2@usdoj.gov
                                    charles.miracle@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on April 14, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

                                        */s/ Charles A. Miracle*
                                        Charles A. Miracle
                                        Assistant Deputy Chief
                                        U.S. Department of Justice