UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| VERSUS | SECTION "H" |
| CHAD ALLEN SCOTT<br>RODNEY P. GEMAR | |

### NOTICE OF FRYE HEARING

Take Notice that this criminal case has been set for a FRYE HEARING on **JUNE 2, 2021 at 10:30 a.m.,** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

| | |
|---|---|
| DATE: April 29, 2021 | CAROL L. MICHEL, CLERK |
| **TO:**<br>**Chad Allen Scott** (on Bond) | by:   **Erin Mouledous**<br>        Case Manager |
| **Counsel for defendant, Scott:**<br>KERRY JAMES MILLER<br>ALYSSON L. MILLS<br>KRISTEN DIANE AMOND<br>Fishman Haygood, LLP<br>201 St. Charles Ave.<br>Suite 4600, 46th Floor<br>New Orleans, LA 70170 | AUSA:<br>CHARLES A. MIRACLE<br>TIMOTHY ADAM DUREE<br><br>U.S. Marshal<br><br>U.S. Probation Office - U.S. Pretrial Services |
| **TO:**<br>**Rodney P. Gemar** (on Bond) | |
| **Counsel for defendant, Gemar:**<br>BRADLEY J. EGENBERG<br>ZACKORY K. WOOD<br>Egenberg, APLC<br>650 Poydras Street<br>Suite 2525<br>New Orleans, LA 70130 | FOREIGN LANGUAGE INTERPRETER:<br>    NONE<br><br>SA R. D. Hardgrave, FBI<br>R.Hardgrave@ic.fbi.gov |