MINUTE ENTRY
MILAZZO, J.
JUNE 2, 2021

JS-10: 00:05

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | 17-181 |
| CHAD ALLEN SCOTT<br>RODNEY P. GEMAR | SECTION "H" |

### FRYE HEARING

CASE MANAGER: BRIDGET GREGORY
COURT REPORTER: ALEXIS VICE
LAW CLERK: EMMY SCHROETER

APPEARANCES:   CHARLES MIRACLE & TIMOTHY DUREE, AUSA
KERRY MILLER, & KRISTEN ARMOND, FOR DEFENDANT,
CHAD ALLEN SCOTT
BRADLEY EGENBERG & AARON HURD, FOR DEFENDANT,
RODNEY P. GEMAR

Court begins at 11:00 a.m.
Counsel appear for the record.
Defendants are present.
The Court conducted a hearing pursuant to *Missouri v. Frye* as to defendants, Chad Allen Scott and Rodney P. Gemar.
The Court questioned the government, defendants, and the defendants' counsel regarding any plea offers tendered to the defendants.
This matter will proceed to a jury trial on June 7, 2021.

Court adjourned at 11:05 a.m.

