## Wallet money

| Karl Newman | Jeannine Davidson |
|---|---|
| Q. About how frequently would y'all clean out these wallets that were in the desk and take the money?<br>A. **Normally every three to four months, normally**.[1] | Q. What about money from an arrestee? Did you ever see Chad put money from an arrestee in his desk drawers?<br>A. No.<br>Q. Where would that stuff usually go?<br>A. Money was always processed by the other agents, as I stated. Even when Chad would search someone, if there was money, another agent would process it.[2] |
| Q. And in that time period from 2009 to 2016, when y'all dug through these every three to four months, would you almost always get a cut?<br>A. Yes, yes.<br>Q. Would Chad?<br>A. Absolutely.[3] | |
| Q. You said this happened every three to four months. Roughly, what's the range of money that you might end up pulling from the wallets?<br>A. Well, there toward the end, we had so many wallets coming in that it could have been anywhere from a few hundred each to a few thousand. It was according to how many defendants had been through the appeals process and how much money was in the wallets. So it was really a crapshoot. I mean, you couldn't really gauge it.<br>Q. Over the course of the time period we're talking about, was the amount for each of you in the thousands?<br>A. Yes. We had taken thousands out over this course.[4] | |

---

[1] Trial Transcript, p. 656:23–25.
[2] Trial Transcript, p. 1222:24 – 1223:5.
[3] Trial Transcript, p. 657:3–8.
[4] Trial Transcript, p. 657:13–24.

| | |
|---|---|
| Q. Now let's step back in time just a little bit, to the early days of your time on the task force.<br>     After you joined the DEA Task Force, explain to me the first time you ever did anything that was illegal or improper on the job and how that came about.<br><br>A. I guess it was probably within the first -- the first month. That's when -- Chad had already had a filing cabinet.[5]<br><br>[sidebar to address Mr. Miller's objection that testimony about alleged wrongdoing that predated the charged conspiracy was improper Rule 404(b) evidence; objection overruled[6]]<br><br>Q. Picking up where we left off, Mr. Newman. We're going to keep this part relatively brief. But I think what I had asked you before we stepped over to speak to the judge was whether you remember the first time, after joining the DEA Task Force, that you began to do anything illegal or improper?<br>A. Yes.<br>Q. Tell me about that.<br>A. That's when Chad advised me to start keeping all these personal items in the filing cabinet.<br>Q. And as to the wallets, did there come a time where you and Defendant Scott at first began to do anything with the money inside the wallets?<br>A. We did.<br>Q. What did y'all do?<br>A. Once an appeals process was done with a defendant and pretty much the case was over with, we would take those wallets. I would remove all the contents out of them, identification purposes and everything, shred that. | Q. In your four years with Group 10, did you ever see Chad handling the personal property of arrestees?<br>A. No.[8]<br><br>               \*\*\*<br><br>Q. Did you ever see Chad utilize the personal property of an arrestee for his own use?<br>A. No.[9] |

---

[5] Trial Transcript, p. 647:12–18.
[6] Trial Transcript, p. 647:19 – 653:11.
[8] Trial Transcript, p. 1216:12–14.
[9] Trial Transcript, p. 1222:13–15.

| | |
|---|---|
| And the U.S. currency that was in it, at first, I asked Chad what do we need to do with it. He said we'll save it for lunch money. And that's pretty much how it started out. Real low amounts, 20 or $30 it started out in the beginning, and -- [7] | |

---

[7] Trial Transcript, p. 653:15 – 654:12.

**Money seizures**

| Karl Newman | Jeannine Davidson |
|---|---|
| Q. How often roughly would you say that you, Defendant Scott, and Defendant Gemar stole money from seizures?<br>A. I couldn't guess. **Over the years, it's been a lot**.[10] | Q. Did you ever see Chad utilize the personal property of an arrestee for his own use?<br>A. No.[11] |
| Q. So my question to you is: How frequently would this happen, every couple months, a couple of times a year? What's the frequency?<br><br>[objection to recharacterization of witness's testimony overruled]<br><br>THE WITNESS: I don't know how to answer that question, other than it's according to how many busts we would make a year with large-enough amounts to take money from. **So some years, it would be more than others. But it was a good many. So I -- it was several a year.**<br><br>BY MR. DUREE:<br>Q. Just depending on when the opportunity struck?<br>A. Correct.[12] | |

---

[10] Trial Transcript, p. 664:3–5.
[11] Trial Transcript, p. 1222:13–15.
[12] Trial Transcript, p. 664:19 – 665:1–8.