UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD SCOTT and RODNEY GEMAR | SECTION "H" |

* * * * * * * * *

## VERDICT FORM

1. As to Count 1 of the Superseding Indictment (Conspiracy), we, the jury, unanimously find the defendant CHAD SCOTT:

    \_\_\_\_\_ Not Guilty

    __✓__ Guilty

2. As to Count 1 of the Superseding Indictment (Conspiracy), we, the jury, unanimously find the defendant RODNEY GEMAR:

    \_\_\_\_\_ Not Guilty

    __✓__ Guilty

3. As to Count 2 of the Superseding Indictment (Conversion of Property of Another by an Officer or Employee of the United States), we, the jury, unanimously find the defendant CHAD SCOTT:

   \_\_\_\_\_ Not Guilty

   \_✓\_ Guilty

4. As to Count 2 of the Superseding Indictment (Conversion of Property of Another by an Officer or Employee of the United States), we, the jury, unanimously find the defendant RODNEY GEMAR:

   \_\_\_\_\_ Not Guilty

   \_✓\_ Guilty

5. As to Count 3 of the Superseding Indictment (Removal of Property to Prevent Seizure), we, the jury, unanimously find the defendant CHAD SCOTT:

   \_✓\_ Not Guilty

   \_\_\_\_\_ Guilty

6. As to Count 3 of the Superseding Indictment (Removal of Property to Prevent Seizure), we, the jury, unanimously find the defendant RODNEY GEMAR:

   \_\_\_\_\_ Not Guilty

   \_✓\_ Guilty

Please sign the Verdict Form and return to the courtroom.

New Orleans, Louisiana, this 15 day of June, 2021.

███████████████████████
**JURY REPRESENTATIVE**