UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 17-181 |
| VERSUS | SECTION "H" |
| CHAD ALLEN SCOTT | |

**NOTICE OF SENTENCING**

Take Notice that this criminal case has been set for a Sentencing on **August 11, 2021 at 9:30 a.m.,** before U.S. DISTRICT JUDGE JANE TRICHE MILAZZO, Federal Courthouse, Courtroom C-224, 500 Poydras Street, New Orleans, LA 70130.

**\*\*IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING\*\***

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: June 16, 2021                                                CAROL L. MICHEL, CLERK

**TO:**                                                                              by:     **Cherie Charles**
**Chad Allen Scott** c/o USM                                              **Case Manager**

**Counsel for defendant, Scott:**                              AUSA:
KERRY JAMES MILLER                                              CHARLES A. MIRACLE
ALYSSON L. MILLS                                                    TIMOTHY ADAM DUREE
KRISTEN DIANE AMOND
Fishman Haygood, LLP
201 St. Charles Ave.                                                  U.S. Marshal
Suite 4600, 46th Floor
New Orleans, LA 70170                                            U.S. Probation Office - U.S. Pretrial Services

**TO:**                                                                              **JUDGE JANE TRICHE MILAZZO**
**Rodney P. Gemar** c/o USM

                                                                                        FOREIGN LANGUAGE INTERPRETER:
**Counsel for defendant, Gemar:**                            NONE
BRADLEY J. EGENBERG
ZACKORY K. WOOD                                                  SA R. D. Hardgrave, FBI
Egenberg, APLC                                                        R.Hardgrave@ic.fbi.gov
650 Poydras Street
Suite 2525
New Orleans, LA 70130