UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| V. | NO. 2:17-cr-181 |
| CHAD A. SCOTT, ET AL | SECTION "H" |

### REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17(a), (c) or (f) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS, DATA OR OTHER**

__10__ set(s) for Rule 17(a) trial or hearing scheduled on August 11, 2021.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

*/s/ Kerry Miller*
**KERRY J. MILLER (#24562), T.A.**
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
Telephone:   (504) 556-5549
Facsimile:   (504) 310-0275
Email:       kmiller@fishmanhaygood.com

**AND**

**MILLS AMOND**

**ALYSSON L. MILLS (#32904)**
**KRISTEN D. AMOND (#37011)**
650 Poydras Street, Suite 1525
New Orleans, LA 70130
Telephone: (504) 383-0332
Facsimile: (504) 383-0332
Email: amills@millsamond.com
kamond@millsamond.com

*CJA Counsel for Defendant,*
*Chad Allen Scott*

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Kerry Miller*
**KERRY J. MILLER**