AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Chad Allen Scott | ) | Case No. 2:17-cr-181 |
| *Defendant* | ) | |

**SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE**

To:

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | United States District Court<br>Eastern District of Louisiana<br>500 Poydras Street, NOLA 70130 | Courtroom No.: C224 |
|---|---|---|
| | | Date and Time: 08/11/2021 9:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

Date: __Aug 02 2021__

_____
**Carol L. Michel**
Name of clerk of court

_____
Deputy clerk's signature

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* __Defendant,__ __Chad Allen Scott_____, who requests this subpoena, are:

Kerry J. Miller
Fishman Haygood, LLP
201 St. Charles Avenue, Suite 4600
New Orleans, LA 70170
(504) 586-5252
kmiller@fishmanhaygood.com

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case (Page 2)

Case No. 2:17-cr-181

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____ .

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: