UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL ACTION NO. |
| v. | * | 17-cr-00181-JTM-DMD |
| CHAD ALLEN SCOTT | * | SECTION "H" |
| | * | |

\* \* \*

# EXHIBITS

# FILED UNDER SEAL