MINUTE ENTRY
MILAZZO, J.
AUGUST 11, 2021

JS-10: 05:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 17-181 |
| CHAD ALLEN SCOTT | SECTION "H" |

### SENTENCING
*U.S. District Judge Jane Triche Milazzo presiding*

CASE MANAGER: CHERIE CHARLES
COURT REPORTER: TONI TUSA
LAW CLERK: EMMY SCHROETER

APPEARANCES:   CHARLES A. MIRACLE AND TIMOTHY A. DUREE, AUSA, FOR GOVERNMENT
MATTHEW M. COMAN, STEPHEN M. GARCIA, KERRY J. MILLER, KRISTEN D. AMOND, AND REBEKKA C. VEITH FOR DEFENDANT
MARILYN BRASSET, US PROBATION OFFICER

Court begins at 9:30 a.m.
Counsel appear for the record.
Defendant present for sentencing.
On AUGUST 27, 2019, defendant was found guilty by a jury of 12 as to counts 1-7 of the Superseding Indictment.
On JUNE 15, 2021, defendant was found guilty by a jury of 12 as to counts 8 & 9, and not guilty as to count 10 of the Superseding Indictment.
Counsel and Defendant waive deadlines associated with Rule 32.
Statement by the Court
Oral Argument regarding objections to the PSR.

WITNESS:  Rachel Pierce sworn and testifies.

WITNESS: Julius Cerdes sworn and testifies

WITNESS: Charles Tilley

Court recessed at 12:05 p.m.
Court in session at 1:15 p.m.

WITNESS: Chris Simon sworn and testifies

WITNESS: Richard Hardgrave sworn and testifies

WITNESS: Nicholas Dittlinger sworn and testifies via Zoom

WITNESS: Tyler Scott sworn and testifies

Oral Argument concludes regarding objections to the PSR.
Defendant addresses the Court.
Defense counsel addresses the Court.
Government addresses the Court.
The Court defers ruling on objections.
Court recessed at 2:43 p.m. to be reconvened on August 12, 2021 at 8:00 a.m.