**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO. 2:17-cr-181** |
| **CHAD ALLEN SCOTT** | **SECTION "H"** |

## NOTICE OF INTENT TO FILE APPEAL

**NOW INTO COURT**, through undersigned counsel, comes defendant, Chad Allen Scott, who respectfully moves this Honorable Court for an Order of Appeal to the United States Court of Appeal for the Fifth Circuit, returnable on a date to be fixed by this Honorable Court.

Respectfully submitted,

**FISHMAN HAYGOOD, LLP**

/s/ *Kerry J. Miller*

**KERRY J. MILLER (#24562), T.A.**
**REBEKKA C. VEITH (#36062)**
201 St. Charles Avenue, Suite 4600
New Orleans, LA  70170
Telephone:      (504) 556-5549
Facsimile:      (504) 310-0275
Email:          kmiller@fishmanhaygood.com
                rveith@fishmanhaygood.com

-and-

**MILLS AMOND LLC**

**ALYSSON L. MILLS (#30492)**
**KRISTEN D. AMOND (#37011)**
650 Poydras Street, Suite 1525
New Orleans, LA 70130
Telephone:     (504) 556-5523
Facsimile:      (504) 556-5523
Email:            amills@millsamond.com
                     kamond@millsamond.com

*CJA Counsel for Defendant,*
*Chad Allen Scott*

<u>**CERTIFICATE OF SERVICE**</u>

    **I HEREBY CERTIFY** that the above and foregoing was electronically filed with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record, on this 16th day of August, 2021.

                    */s/ Kerry J. Miller*
                    **KERRY J. MILLER**