# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | * | CRIMINAL NO. 17-181-JTM-DMD |
|---|---|---|
| VERSUS | * | SECTION: "H" |
| CHAD ALLEN SCOTT<br>RODNEY P. GEMAR | * | |
| | * | |

* * *

## EXHIBIT LIST

| Exhibit Number | Stipulated as to Admissibility | Admitted | Shown to Jury | Description of Exhibits |
|---|---|---|---|---|
| GX 1 | | | | Search Warrant Photos of Group 10 Desks |
| GX 2 | | | | Search Warrant Photos of James R. Williams Drivers License and Wallet |
| GX 3 | | | | Search Warrant Photos of Cashmen Robinson Visa Cards |
| GX 4 | | | | Search Warrant Photos of Nakosha Smith Glock Box |
| GX 5 | | | | Search Warrant Photos of Seized Phones |
| GX 6 | | | | James R. Williams Wallet (Physical Exhibit) |
| GX. 6a | | | | Image of James R. Williams Wallet |
| GX. 7 | | | | James R. Williams Drivers License (Physical Exhibit) |
| GX. 7a | | | | Image of James R. Williams Drivers License |
| GX. 8 | | | | James R. Williams Wells Fargo Visa Card (Physical Exhibit) |
| GX. 8a | | | | Image of James R. Williams Wells Fargo Visa Card |
| GX. 9 | | | | Cashmen Robinson Visa Cards (Physical Exhibit) |
| GX. 9a | | | | Image of Cashmen Robinson Visa Cards |
| GX. 10 | | | | Nakosha Smith Glock Bill of Sale |
| GX. 10a | | | | Image of Nakosha Smith Glock Bill of Sale |
| GX. 11 | | | | Nakosha Smith Glock Box (Physical Exhibit) |
| GX. 11a | | | | Image of Nakosha Smith Glock Box |
| GX. 12 | | | | Kevin Whittington Drivers License (Physical Exhibit) |
| GX. 12a | | | | Image of Kevin Whittington Drivers License |
| GX. 13 | | | | DEA 6 re. Arrest of James Williams 2015-02-11 |
| GX. 14 | | | | DEA 210 re. James Williams 2015-02-11 |

| | | | | |
|---|---|---|---|---|
| GX. 15 | | | | DEA 6 re. Arrest of Cashmen Robinson 2008-10-15 |
| GX. 16 | | | | DEA 210 re. Cashmen Robinson 2008-10-15 |
| GX. 17 | | | | DEA 6 re. Arrest of Thomas, Payne, Degreat, White, Smith, and Williams 2006-05-18 |
| GX. 18 | | | | DEA 210 re. Nakosha Smith 2006-05-18 |
| GX. 19 | | | | DEA 6 re. Arrest of Kevin Whittington 2009-07-09 |
| GX. 20 | | | | DEA 210 re. Kevin Whittington 2009-07-09 |
| GX. 21 | | | | DEA 6 re. Arrest of Genord Perry 2014-12-18 |
| GX. 22 | | | | DEA 210 re. Genord Perry 2014-12-18 |
| GX. 23 | | | | DEA 6 re Arrest of Meredith Corbin 2014-12-16 |
| GX. 24 | | | | DEA 210 re. Meredith Corbin 2014-12-16 |
| GX. 25 | | | | DEA 6 re. Arrest of Dameion Dotey 2015-03-17 |
| GX. 26 | | | | DEA 210 re. Dameion Dotey 2015-03-17 |
| GX. 27 | | | | HPD Chain of Custody Form Glock (File No. 2014026973) |
| GX. 28 | | | | HPD Chain of Custody Form Taurus (File No. 2013022658) |
| GX. 29 | | | | HPD File No. 2014026973 - Genord Perry Glock Evidence Box (Physical Exhibit) |
| GX. 29a | | | | Image of HPD File No. 2014026973 - Genord Perry Glock Evidence Box |
| GX. 30 | | | | HPD File No. 2013022658 - Meredith Corbin Taurus Evidence Box (Physical Exhibit) |
| GX. 30a | | | | Image of HPD File No. 2013022658 - Meredith Corbin Taurus Evidence Box |
| GX. 31 | | | | Genord Perry Glock Handgun (Physical Exhibit) |
| GX. 31a | | | | Image of Genord Perry Glock Handgun |
| GX. 32 | | | | Meredith Corbin Taurus Handgun (Physical Exhibit) |
| GX. 32a | | | | Image of Meredith Corbin Taurus Handgun |
| GX. 33 | | | | Rodney Gemar & Karl Newman Texts |
| GX. 34 | | | | Rodney Gemar & Chad Scott Texts |
| GX. 37 | | | | Images of Gary Jordan Money |
| GX. 38 | | | | AT&T_0035 - Subscriber Report |
| GX. 39 | | | | AT&T_0035_Call Detail Record_10116-21016 |
| GX. 40 | | | | United Airlines Chad Scott 2015-5-24 Travel |
| GX. 41 | | | | Phone Record Trial Report |
| | | | | |
| GX. 43 | | | | Sprint_1331_Cell Site 2016 |
| GX. 43a | | | | Sprint_1331_Cell Site 12616 |
| GX. 44 | | | | Verizon_6879_Cell Sites 2016 |

| | | | | |
|---|---|---|---|---|
| GX. 44a | | | | Verizon_6879_Cell Sites 12616 |
| GX. 45 | | | | Verizon_4416_Cell Site_2015 and 2016 |
| GX. 45a | | | | Verizon_4416_Cell Site_12616 |
| GX. 46 | | | | Verizon_6615_Quick Bill Records_2016 |
| GX. 46a | | | | Verizon_6615_Quick Bill Records_12616 |
| GX. 47 | | | | Verizon_Cell Site 3G Origination |
| GX. 48 | | | | Verizon_Cell Site 4G Origination |
| GX. 49 | | | | Verizon_x4416 Quick Bill Records_52015 |
| GX. 50 | | | | Sprint Sanyo cellular flip phone, DEC#268435457800532495 (Physical Exhibit) |
| GX. 50a | | | | Image of Sprint Sanyo cellular flip phone, DEC#268435457800532495 |
| GX. 51 | | | | Sprint Samsung cellular phone, Model#SPH-M520, #270113177604769481 (Physical Exhibit) |
| GX. 51a | | | | Image of Sprint Samsung cellular phone, Model#SPH-M520, #270113177604769481 |
| GX. 53 | | | | Motorola cellular phone (Physical Exhibit) |
| GX. 53a | | | | Image of Motorola cellular phone |
| GX. 54 | | | | ZTE cellular phone (Physical Exhibit) |
| GX. 54a | | | | Image of ZTE Cellular Phone |
| GX. 55 | | | | ZTE cellular phone (Physical Exhibit) |
| GX. 55a | | | | Image of ZTE cellular phone |
| GX. 56 | | | | Verizon Samsung cellular flip phone, Model #SN-B 31Vm (Physical Exhibit) |
| GX. 56a | | | | Image of Verizon Samsung cellular flip phone, Model #SN-B 31Vm |
| GX. 57 | | | | AT&T cellular flip phone, Model #Z222 , SN:322543571818 (Physical Exhibit) |
| GX. 57a | | | | Image of AT&T cellular flip phone, Model #Z222 , SN:322543571818 |
| GX. 58 | | | | Sprint PCS Touch Print flip phone, Model #TPll00 , SN:11K0486979 (Physical Exhibit) |
| GX. 58a | | | | Image of Sprint PCS Touch Print flip phone, Model #TPll00 , SN:11K0486979 |
| GX. 59 | | | | Nextel Blackberry 7520 , Model #RALllN , IMEI #010000274598190 (Physical Exhibit) |
| GX. 59a | | | | Image of Nextel Blackberry 7520 , Model #RALllN , IMEI #010000274598190 |
| GX. 60 | | | | Sprint Blackberry Bold cellular phone, Model #RDU 71CW, MEID #A000002618DA2E (Physical Exhibit) |
| GX. 60a | | | | Image of Sprint Blackbeny Bold cellular phone, Model #RDU 71CW, MEID #A000002618DA2E |

| | | | | |
|---|---|---|---|---|
| GX. 61 | | | | Samsung cellular flip phone, Model #SPH-M270, DEC:268435462904307063 (Physical Exhibit) |
| GX. 61a | | | | Image of Samsung cellular flip phone, Model #SPH-M270, DEC:268435462904307063 |
| GX. 62 | | | | BoostMobile Blackberry cellular phone, Model #REY 21CW, MEID: A000002628AD58 (Physical Exhibit) |
| GX. 62a | | | | Image of BoostMobile Blackberry cellular phone, Model #REY 21CW, MEID: A000002628AD58 |
| GX. 63 | | | | BoostMobile Blackberry cellular phone, Model #REY 21CW, MEID: A000002628 (Physical Exhibit) |
| GX. 63a | | | | Image of BoostMobile Blackberry cellular phone, Model #REY 21CW, MEID: A000002628 |
| GX. 64 | | | | Apple iPhone Model #A1533, IMEI #013970002996931 (Physical Exhibit) |
| GX. 64a | | | | Image of Apple iPhone Model #A1533, IMEI #013970002996931 |
| GX. 65 | | | | ZTE cellular phone, Model #N9132, SN:322252942463 (Physical Exhibit) |
| GX. 65a | | | | Image of ZTE cellular phone, Model #N9132, SN:322252942463 |
| GX. 66 | | | | Sprint Kyocera cellular phone, Model #E4210, DEC: 268435459915106728 (Physical Exhibit) |
| GX. 66a | | | | Image of Sprint Kyocera cellular phone, Model #E4210, DEC: 26843545991510672 |
| GX. 67 | | | | Samsung cellular flip phone, Model #SPH-M270, DEC: 268435462808216964 (Physical Exhibit) |
| GX. 67a | | | | Image of Samsung cellular flip phone, Model #SPH-M270, DEC: 268435462808216964 |
| GX. 68 | | | | **Gemar Transcript** |
| GX. 69 | | | | **Audio Clip of Gemar** |
| D-329 | | | | 2013-10-23 clean disk policy email bated numbered DOJ_0000184523 |
| D-352 | | | | 2016- Photos of DEA Office (interior) bates numbered FBI_011191-FBI-01222-B |
| D-353 | | | | 2016-02-01 and 02-02 Garry Jordan timesheet bates numbered JORDAN_015 |
| D-354 | | | | 2016-02-01 Garry Jordan handwritten notes bates numbered JORDAN-023-25 |
| D-356 | | | | 2016-02-15 Garry Jordan timesheet bates numbered JORDAN-016 |
| D-357 | | | | 2016-02-15 Garry Jordan timesheet bates numbered JORDAN 018 |
| D-358 | | | | 2016-02-15 Garry Jordan timesheet bates numbered JORDAN-019 |
| D-359 | | | | 2016-02-16 Garry Jordan timesheet bates numbered JORDAn 020 |

| | | | | | |
|---|---|---|---|---|---|
| D-360 | | | | | 2016-02-22 Garry Jordan timesheet bates numbered JORDAN-021 |
| D-375 | | | | | 2016-06-07 Evidence Collected Item Log (Jencks disclosure provided by the Government) |
| D-429 | | | | | Cell Site Record with Defense notations |
| D-430 | | | | | Cell Site Record with Defense notations |
| GX-71 | | | | | Image of Marriot Driveway |