# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 17, 2022

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

  No. 21-30501   USA v. Scott
                 USDC No. 2:17-CR-181-1

The court has considered the motion of Rodney P. Gemar to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, it is ordered, counsel for Rodney P. Gemar may obtain all ex parte documents *filed on behalf of* Rodney P. Gemar, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for your review ONLY. The integrity of the sealed documents is your responsibility, and if provided in original paper, return to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Whitney M. Jett, Deputy Clerk
504-310-7772

Mr. Evan James Bergeron
Ms. Rachel Isabel Conner
Mr. Andrew Laing
Ms. Carol L. Michel
Mr. Jeremy Raymond Sanders
Mr. Samuel Hatfield Winston